IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DONNA GRIFFITH, | ) |
| Plaintiff, | ) Civil Action No. 5:13cv00090 |
| v. | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that the report and recommendation (Dkt. # 18) is **ADOPTED in its entirety**; that the plaintiff's motion for summary judgment (Dkt. # 11) is **DENIED**; that the Commissioner's motion for summary judgment (Dkt. # 15) is **GRANTED**; that the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to counsel of record.

It is **SO ORDERED**.

Entered: 03-16-15

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge